# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1354
_____

CITY OF HIALEAH/SEDGWICK
CMS,

Appellant,

v.

TONY BONO,

Appellee.

_____


On appeal from an order of the Judge of Compensation Claims.
Gerardo Castiello, Judge.

Date of Accident: December 2, 2013


February 5, 2018


PER CURIAM.

AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or***

*9.331.*

_____

David Goehl of Martinez Roman Goehl, P.A., Miami, for Appellant.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.